IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT SCOTT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  03-3265 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

Petitioner has filed a Request for Certificate of Appealability (d/e 48) (Request).  The Request is ALLOWED in part.  Pursuant to 28 U.S.C. § 2253(c) and Fed.R.App.P. 22(b), the Court hereby certifies that Petitioner made a substantial showing of a denial of his constitutional rights in connection with the appeal of his trial and conviction on the charge of conspiracy to distribute marijuana and cocaine, in violation of 21 U.S.C. §§ 841(a)(1), and 846. Petitioner has made a substantial showing of a denial of a constitutional right, as required in 28 U.S.C. § 2253(c)(2), on the following issue:

Was Petitioner's appellate counsel ineffective for raising on

direct appeal Petitioner's claims that his counsel was ineffective at trial.

The Court has reviewed the remainder of the issues identified in his Request and finds that no reasonable jurist would find any of the other issues identified to be debatable. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). The request for a certificate of appealability on the other issues raised by Petitioner is denied.

THEREFORE, Petitioner's Request for Certificate of Appealability (d/e 48) is ALLOWED. A Certificate of Appealability is issued for the following issue: was Petitioner's appellate counsel ineffective for raising on appeal Petitioner's claims that his counsel was ineffective at trial. The remainder of the Request is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER: May 14, 2007.

    FOR THE COURT:

                      s/ Jeanne E. Scott
                      JEANNE E. SCOTT
                      UNITED STATES DISTRICT JUDGE